[No. 19083-4-II.     Division Two.     December 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK AUSTIN GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00069-9, Milton R. Cox, J., entered December 22, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Armstrong, J.


[No. 19245-4-II.     Division Two.     December 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID T. PREGLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-1-00137-9, Kenneth D. Williams, J., entered March 8, 1995. *Affirmed* by unpublished opinion per Turner, J., concurred in by Seinfeld, C.J., and Armstrong, J.


[No. 19276-4-II.     Division Two.     December 20, 1996.]

HARRY R. MURRAY, *Appellant*, v. JEFFERSON COUNTY SHERIFF, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 94-2-00408-4, William J. Kamps, J., entered March 17, 1995. *Affirmed* by unpublished opinion per Turner, J., concurred in by Seinfeld, C.J., and Armstrong, J.


[No. 19311-6-II.     Division Two.     December 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN M. RYAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 94-1-00177-7, Joel M. Penoyar, J., entered March 17, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Bridgewater, JJ.